IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH S. GROSSMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGIONAL HEALTH PROPERTIES, INC., BRENT S. MORRISON, KENNETH W. TAYLOR, and DAVID A. TENWICK,<br><br>Defendants. | Civil Action No. 1:25-CV-3880-TRJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, because the SEC Form 8-K filed by Defendant Regional Health Properties, Inc. on July 18, 2025 substantially mooted all of the claims in the above-captioned action (the "Action"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff, Kenneth Grossman ("Plaintiff"), hereby voluntarily dismisses the Action without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.  Such dismissal is without prejudice to the Court's ability to consider and award an appropriate mootness fee to counsel for Plaintiff if the

parties are unable to reach agreement as to any such fee.

Respectfully submitted this 30th day of July, 2025.

                                       */s/ David A. Bain*
                                       David A. Bain
                                       Georgia Bar No. 032449
                                       **Law Offices of David A. Bain, LLC**
                                       1230 Peachtree Street, NE
                                       Suite 1050
                                       Atlanta, GA 30309
                                       Telephone: (404) 724-9990
                                       Facsimile: (404) 724-9986
                                       dbain@bain-law.com

                                       Counsel for Plaintiff
                                       Kenneth S. Grossman

**OF COUNSEL:**

**WOLF POPPER LLP**
Carl L. Stine (admitted *pro hac vice*)
845 Third Avenue
New York, New York 10022
Tel.:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and 14-point font.

Dated:  July 30, 2025

                                                 */s/ David A. Bain*
                                                 David A. Bain
                                                 Georgia Bar No. 032449
                                                 **Law Offices of David A. Bain, LLC**
                                                 1230 Peachtree Street, NE
                                                 Suite 1050
                                                 Atlanta, GA 30309
                                                 Telephone: (404) 724-9990
                                                 Facsimile: (404) 724-9986
                                                 dbain@bain-law.com

                                                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL through the CM/ECF System, which will send electronic notices to all participants in this case who are registered CM/ECF users.

Dated:  July 30, 2025

                                */s/ David A. Bain*
                                David A. Bain
                                Georgia Bar No. 032449
                                **Law Offices of David A. Bain, LLC**
                                1230 Peachtree Street, NE
                                Suite 1050
                                Atlanta, GA 30309
                                Telephone: (404) 724-9990
                                Facsimile: (404) 724-9986
                                dbain@bain-law.com

                                Counsel for Plaintiff